**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JEROME ALMONOR,

Plaintiff,

v.

SHAWN P. JENKINS, Commissioner, et al.,

Defendants.

Civil Action No. 26-cv-12016-DLC

**ORDER**

**CABELL, Magistrate Judge**

On May 4, 2026, Jerome Almonor, an inmate in custody at MCI Shirley (medium), filed a civil complaint against several correctional officials and employees alleging the violation of his constitutional rights. ECF No. 1. With his complaint, Almonor filed a motion for leave to proceed *in forma pauperis*, ECF No. 2; a motion to appoint counsel, ECF No. 4; and a motion for service. ECF. No. 5. This action was randomly assigned to the undersigned Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges. ECF No. 6. The Court hereby orders:

1. The motion for leave to proceed *in forma pauperis* is GRANTED. Pursuant to 28 U.S.C. §1915(b)(1), the Court assesses an initial partial filing fee of $30.17. The remainder of the fee, $319.83, shall be collected in accordance with 28 U.S.C. §1915(b)(2).

2. The motion to appoint counsel is DENIED WITHOUT PREJUDICE to filing a new motion to appoint counsel when the named defendants have been served with and responded to the complaint.

3. The Clerk shall provide Almonor with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package).

4. The Clerk shall issue summonses for service of the complaint on Shawn P Jenkins, Joanne Lynds, Timothy Murray, Seta Phay, Jeremy S. Lopes, and Matthew Divris. Almonor is responsible for ensuring that the summons, the complaint, the consent form and this order are served on each named defendant. At this time, summonses will not issue as to the defendants identified as "John & Jane Doe's." If, through discovery, Almonor discovers the true name of the John and Jane Doe defendants, he "should act promptly to amend the complaint to substitute the correct parties and to dismiss any baseless claims." *Martinez-Rivera v. Sanchez Ramos*, 498 F.3d 3, 8 n.5 (1st Cir. 2007). He may then also file a motion for issuance of a summons for these defendants. If a summons issues, the United States Marshal shall complete service as directed by plaintiff with all costs of service to be advanced by the United States.

5. The motion for service is DENIED. Because Almonor is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If Almonor chooses to have service completed by the USMS, he shall provide the agency with all papers for service and a completed USM-285 form for each party to be served. The USMS shall then complete service, as directed by Almonor, with all costs of service to be advanced by the United States. The Clerk shall provide plaintiff with forms and instructions for service by the USMS.

6. Almonor shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

7. The parties shall indicate their consent or refusal to the final assignment of this case to the magistrate judge by completing and separately filing the form entitled "Notice".

Consent to the final assignment of the case to the magistrate judge is entirely voluntary, and no adverse substantive consequences of any kind will redound to an attorney or party refusing consent.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: September 29, 2026